Commonwealth at Suggestion of Ruggles et al.,
Appellants, *v.* American Surety Company
of New York.

Argued May 1, 1934. Before SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

*J. P. Vallilee,* of *Schrier & Vallilee,* for appellants.

*Paul G. Collins,* for appellee.

PER CURIAM, May 21, 1934:
A majority of the judges of this court agree with both the reasoning and the judgment of the Superior Court in this case, as appears in 112 Pa. Superior Ct. 270.
The judgment of the Superior Court is affirmed.